(No. 3982—

MERIAM EVANS, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed November 12, 1946.*

RALPH W. CHOISSER, for claimant.

GEORGE F. BARRETT, Attorney General; C. ARTHUR NEBEL, Assistant Attorney General, for respondent.

ECKERT, C. J.

On June 17, 1946 the claimant, Meriam Evans, was driving her automobile in a southerly direction on U. S. Route No. 45 in White County, Illinois; she was driving about twenty-five miles per hour; Gordie Mills, an employee of the respondent, was operating a tractor mower on the highway, cutting weeds along the shoulders. This route is maintained by the respondent through the Division of Highways. As claimant approached a relatively deep cut out section of the pavement, her car was overtaken by the motorized mower; the mower was so negligently and carelessly driven and operated that it overturned on the embankment, and fell upon her automobile, causing property damage in the amount of $83.75.

The record consists of the complaint, a departmental report which substantially corroborates the complaint, a stipulation that the departmental report constitute the record, and waiver of statement, brief and argument by both claimant and respondent.

The record shows a duty on the part of the defendant, and a failure to perform that duty, and a resulting injury. The law attaches to such failure of duty the charge of negligence. (*Miller* vs. *Kresge Co.*, 306 Ill. 104.)

An award is therefore entered in favor of the claimant in the amount of $83.75.